IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD PATTERSON<br>*Plaintiff* | CIVIL ACTION NO. 3:11-cv-01237-JCH |
| v. | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF LABOR<br>ADMINISTRATOR, ET AL.<br>*Defendants* | MAY 8, 2013 |

## DEFENDANT ADMINISTRATOR'S MOTION FOR SUMMARY JUDGMENT

The defendant State of Connecticut Department of Labor Administrator hereby moves, pursuant to Fed. R. Civ. P. 56, for summary judgment on the ground that the Administrator did not violate plaintiff's procedural due process rights by the notice of redetermination of plaintiff's benefit rate to emergency benefits under federal law.

WHEREFORE, the defendant Administrator moves, pursuant to Fed. R. Civ. P. 56, for summary judgment on the grounds that there is no genuine issue as to any material fact and that he is entitled to judgment as a matter of law.

Respectfully submitted this 8th day of May, 2013.

DEFENDANT STATE OF CONNECTICUT
DEPARTMENT OF LABOR ADMINISTRATOR

GEORGE JEPSEN
ATTORNEY GENERAL

Philip M. Schulz
Assistant Attorney General

BY: *Richard T. Sponzo*
Richard T. Sponzo
Assistant Attorney General
Federal Bar No. ct08563
55 Elm Street, 5th Floor
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5050
Fax: (860) 808-5388
richard.sponzo@ct.gov

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class postage prepaid, on May 8, 2013, to Ronald Patterson, 133 Huntington Street, #1, Hartford, CT 06105.

*Richard T. Sponzo*

Richard T. Sponzo
Assistant Attorney General