**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RONALD PATTERSON, | : | |
|     Pro Se Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:11-CV-1237 (JCH) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | JUNE 13, 2013 |
| DEPARTMENT OF LABOR | : | |
| ADMINISTRATOR, ET AL., | : | |
|     Defendants | : | |

**ORDER**

Defendants State of Connecticut Department of Labor Administrator et al. are ordered to serve Plaintiff Ronald Patterson with a Local Rule 56 notice in light of the Motion for Summary Judgment (Doc. No. 97).  Defendants have until June 20, 2013 to comply with this Order.  Plaintiff's time to oppose the Motion is extended to July 11, 2013.

**SO ORDERED.**

Dated at New Haven, Connecticut this 13th day of June, 2013.

                                                                                                                                                  __/s/ Janet C. Hall_____
                                                                                                                                                  Janet C. Hall
                                                                                                                                                  United States District Judge